**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-26834-JB**

QUANZHOU JIUCI TRADING CO., LTD.,

Plaintiff,

v.

THE PARTNERSHIPS,
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_____________________________________________/

**ORDER SETTING PRELIMINARY INJUNCTION HEARING**

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Entry of Preliminary Injunction (the "Motion") against the Individuals, Unincorporated Associations identified on Schedule "A" to the Complaint (the "Defendants"), ECF No. [18]. In the Motion, Plaintiff requests that the Temporary Restraining Order ("TRO") previously entered against Defendants, ECF No. [10], be converted to a Preliminary Injunction to enjoin Defendants from offering for sale and selling the Infringing Products through their e-commerce store and the restraint of Defendants' assets.

Accordingly, is it hereby **ORDERED AND ADJUDGED** as follows:

1. A Zoom hearing is set before this Court on **Wednesday, December 2 2026, at 8:30 a.m.**, at which time Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction. The ZoomGov connection information is as follows:

https://www.zoomgov.com; Meeting ID: 161 976 9803; Passcode: 032949; Dial by your location +1 646 828 7666.

2. After Plaintiff's counsel has received confirmation from the financial institution regarding the funds restrained as directed herein, Plaintiff shall serve copies of the Complaint, the TRO, this Order and Plaintiff's Motion for Preliminary Injunction on each Defendant by e-mail and/or online contact form or other means of electronic contact provided on the e-commerce stores operating under their store aliases, or by providing a copy of the TRO and this Order by e-mail to the registrar of record or marketplace website for each of the e-commerce stores so that the registrar and marketplace website, in turn, notifies each Defendant of the Order, or by other means reasonably calculated to give notice which is permitted by the Court.

3. **Plaintiff shall, by no later than forty-eight hours prior to the Preliminary Injunction hearing set herein, provide a notice of funds restrained in accordance with this Court's TRO.**

4. Plaintiff shall post copies of the Complaint, the Application, this Order, as well as all other documents filed in this action on the website located at https://cloud.palmerlawgroup.com/index.php/s/68d3tmFXp9pKHTA and shall provide the address to the website to Defendants via e-mail/online contact form, and such notice so given shall be deemed good and sufficient service thereof. Plaintiff shall continue to provide notice of these proceedings and copies of the documents on file in this matter to Defendants by regularly updating the website located at

https://cloud.palmerlawgroup.com/index.php/s/68d3tmFXp9pKHTA or by other means reasonably calculated to give notice which is permitted by the Court.

5. Additionally, for the purpose of providing additional notice of this proceeding and all other pleadings, orders, and documents filed herein, the owners, operators and/or administrators of the e-commerce stores, and/or financial institutions, payment processors, banks, escrow services, and money transmitters, and marketplace platforms, including but not limited to, PayPal, Payoneer, Amazon, Inc., and Walmart, Inc., and their related companies and affiliates shall, to the extent not already done so, and at Plaintiff's request, provide Plaintiff's counsel with any e-mail address known to be associated with Defendants' respective e-commerce stores.

6. Unless stated otherwise herein, Defendants **shall have three business days** to comply with this Order following notice.

7. Any response or opposition to Plaintiff's Motion for Preliminary Injunction, ECF No. [18], must be filed and served on Plaintiff's counsel by no later than **forty-eight hours** prior to the preliminary injunction hearing set herein.

8. Plaintiff shall file any reply memorandum on or before **twenty-four hours** prior to the preliminary injunction hearing set herein.

9. The above dates may be revised upon stipulation by all parties and approval of this Court.

10. Defendants are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to Section 1116(d) of Title 15, United States Code, Section 502 of Title 17, United States

Code, Section 382 of Title 35, United States Code, Federal Rule of Civil Procedure 65, The All Writs Act, Section 1651(a) of Title 28, United States Code, and this Court's inherent authority.

11. By no later than **forty-eight hours** prior to the preliminary injunction hearing set in this case, **Plaintiff shall certify that service has been effectuated upon all Defendants**.

**DONE AND ORDERED** in Miami, Florida this 16th day of November, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**